IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
JUN 1 8 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

HERVE T. OWENS

Case No. 2:19mj350
Court Date: July 18, 2019

CRIMINAL INFORMATION

(Misdemeanor)-Violation Notice No. 7253656

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 8, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, HERVE T. OWENS, did operate a motor vehicle at a speed and in a manner so as to endanger the life, limb, and property of other persons in the parking lot on government property open to the public providing parking space for customers, patrons, and employees.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia Section 46.2-864.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ J. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

18 June 2019
Date